**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 144 DB 2022 (No. 10 RST 2023) |
| | : | |
| JOEL L. SCHWARTZ | : | Attorney Registration No. 76568 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 16th day of February, 2023, the Report and Recommendation of Disciplinary Board Member dated January 31, 2023, is approved and it is ORDERED that JOEL L. SCHWARTZ, who has been on Administrative Suspension, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.